UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER WATERS,<br><br>        Defendant. | Case No. CR21-17-RSL<br><br>ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Second Motion for Early Termination of Supervised Release" (Dkt. # 44). The Court, having reviewed the motion, the Government's opposition, and the record herein, as well as the factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion.

Mr. Waters initially moved for early termination of supervised release on August 28, 2023. Dkt. # 38. The Court denied Mr. Waters's motion but indicated that if Mr. Waters continued to comply with the conditions of his supervised release without violations through May 2024, it would consider terminating supervision at that time. Dkt. # 40. Unfortunately, two weeks after the Court's order, Mr. Waters violated his conditions of release. Dkt. # 41. He failed to report for drug testing on five occasions, was terminated from his job for performance issues, used methamphetamine, and failed to provide a urine sample for drug testing. Dkt. # 41. On December 28, 2023, Mr. Waters was verbally reprimanded by U.S. Probation and was instructed to submit weekly job search logs and continue with drug testing. *Id.* Mr. Waters has not committed new violations since then and has been in compliance with his supervision.

ORDER DENYING EARLY TERMINATION OF
SUPERVISED RELEASE - 1

1  Considering Section 3553(a) factors, this Court believes Mr. Waters will be best served
2  by completing his remaining term of supervised release, which is set to expire on May 11, 2025.
3  The Court acknowledges that aside from his most recent violations, Mr. Waters has been mostly
4  compliant with his terms of supervision, therefore, it agrees with the Government and Probation
5  to move Mr. Waters to a low intensive caseload.
6  For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for
7  early termination of supervised release (Dkt. # 44) is DENIED.

9  DATED this 29th day of July, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING EARLY TERMINATION OF
SUPERVISED RELEASE - 2